October 12, 1978.

M. P. No. 77-420. MARJORIE BENTON *v.* PETER F. ZUFFOLETTI *et al.* The issue raised in this petition was decided by us in *Fireman's Fund Insurance Company v. Lola-Jane McAlpine, Administratix*, No. 76-195-M.P. (opinion filed August 17, 1978). Accordingly, the petition for writ of

certiorari is granted, the order of the Superior Court granting plaintiff's motion to compel production is quashed, and the papers in the case are returned to the Superior Court for further proceedings in accordance with that opinion. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-respondent. *Rice, Dolan, Kiernan & Kershaw, Thomas C. Plunkett,* for defendants-petitioners.